IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES C. FUDGE,
ADC #78875                                                                                                    PLAINTIFF

v.                              Case No. 5:14-cv-00120-KGB/JTK

M. OLSON, et al.                                                                                           DEFENDANTS

## ORDER

Before the Court are several Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. The Court will address each in turn.

As an initial matter, before the Court are the Proposed Findings and Recommendations from Magistrate Judge Kearney screening plaintiff James C. Fudge's complaint and amended complaint (Dkt. No. 6). Mr. Fudge filed objections (Dkt. No. 9). After a review of the Proposed Findings and Recommendations and objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 6). Accordingly, it is therefore ordered that defendants McBride, Meinzer, T. Spencer, J. Andrews, Foote, R. Williams, Watts, Singleton, Johnson, Moses Jackson, Grant Harris, J. Chaney, Stephen P. Watson, Keith Waddle, Nelson, and Gilbert are dismissed without prejudice as defendants from this action. The Court dismisses without prejudice all claims except Mr. Fudge's toenail medical claim.

The Court also has received Proposed Findings and Recommendations from Magistrate Judge Kearney recommending denial of Mr. Fudge's motion for preliminary injunction (Dkt. Nos. 10, 29). There have been no objections filed to this recommendation, and the time for filing objections has passed. After careful review, the Court adopts the Proposed Findings and

Recommendations in their entirety (Dkt. No. 29). The Court denies Mr. Fudge's motion for preliminary injunction (Dkt. No. 10).

In addition, the Court has received the Proposed Findings and Recommendations from Magistrate Judge Kearney which recommend dismissing defendant M. Olson for failure to obtain service (Dkt. No. 32). There have been no objections filed to this recommendation, and the time for filing objections has passed. After careful review, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 32). Defendant Olson is dismissed without prejudice as a defendant from this action.

It is, therefore, ordered that:

1. Defendants McBride, Meinzer, T. Spencer, J. Andrews, Foote, R. Williams, Watts, Singleton, Johnson, Moses Jackson, Grant Harris, J. Chaney, Stephen P. Watson, Keith Waddle, Nelson, and Gilbert are dismissed without prejudice as defendants from this action.

2 All claims except Mr. Fudge's toenail medical claim are dismissed without prejudice.

3. Mr. Fudge's motion for preliminary injunction is denied (Dkt. No. 10).

4. Defendant M. Olson is dismissed without prejudice as a defendant from this action.

SO ORDERED this 18th day of February, 2015.

_____
Kristine G. Baker
United States District Judge