IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES CHARLES FUDGE,** **PLAINTIFF**
**ADC #78875**

v.          Case No. 5:14-cv-00120-KGB-JTK

**M. OLSON,** *et al.* **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney relating to the pending motions for summary judgment (Dkt. No. 61). Plaintiff James Charles Fudge filed a motion for extension of time to file objections (Dkt. No. 62) and, thereafter, filed his objections to the Proposed Findings and Recommendations (Dkt. No. 63). The Court has considered the objections Mr. Fudge filed and, therefore, grants his motion for extension of time to file objections (Dkt. No. 62).

After a review of the Proposed Findings and Recommendations and Mr. Fudge's objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety.

It is therefore ordered that:

1. The Court grants the motion for summary judgment filed by defendants Amanda Gray, Connie Hubbard, and Cynthia Newton (Dkt. No. 40).

2. The Court grants the supplemental motion for summary judgment filed by defendant Andria Cantrell (Dkt. No. 55).

3. The Court dismisses without prejudice Mr. Fudge's 2011 and 2012 claims against Ms. Gray, Ms. Hubbard, and Ms. Cantrell for failure to exhaust his administrative remedies.

4. The Court dismisses with prejudice Mr. Fudge's 2011 and 2012 claims against Ms. Newton.

5. The Court dismisses with prejudice Mr. Fudge's 2013 claims against Ms. Gray and Ms. Hubbard.

6. An appropriate Judgment shall accompany this Order.

SO ORDERED this 30th day of November, 2015.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE