**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES CHARLES FUDGE,**                                                            **PLAINTIFF**
**ADC #78875**

**v.**                               **Case No. 5:14-cv-00120-KGB-JTK**

**M. OLSON,** *et al.*                                                          **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed.  The relief sought is denied.

SO ADJUDGED this 30th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE